Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio
_____ Division

DeAndre E Paul Jr
*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Carl Aveni, Brandon Shroy
*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 1:23CV381
(to be filled in by the Clerk's Office)

J. McFARLAND

M.J. BOWMAN

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   Name: DE'Andre E Paul Jr
   All other names by which you have been known: inmate ID#4(5592
   ID Number: Franklin County Jackson Pike
   Current Institution:
   Address: 2460 Jackson Pike
   Columbus, OH 43223
   City / State / Zip Code

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1
   Name: Carl Aveni
   Job or Title (if known): Judge
   Shield Number: NA
   Employer: MaryEllen O'Shaughnessy, Common Pleas Court
   Address: 345 South high Street
   Columbus, OH 43215
   City / State / Zip Code
   ☑ Individual capacity ☑ Official capacity

   Defendant No. 2
   Name: Brandon Shroy
   Job or Title (if known): lawyer
   Shield Number: NA
   Employer: Carl Aveni
   Address: 1121 S front Street
   Columbus, OH 43206
   City / State / Zip Code
   ☑ Individual capacity ☑ Official capacity

Page 2 of 11

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    City      State      Zip Code
    ☐ Individual capacity    ☐ Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

    City      State      Zip Code
    ☐ Individual capacity    ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    ☐ Federal officials (a *Bivens* claim)

    ☑ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*MY right to a speedy trial was violated. I was forced into trial without my agreement.*

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*The Judge acted bias, he was trying the case himself and had it out for me.*

### III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [x] Other *(explain)* *Convicted and awaiting sentencing, also a prisoner*

### IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C. What date and approximate time did the events giving rise to your claim(s) occur?

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

VII. **Exhaustion of Administrative Remedies Administrative Procedures**

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☐ Yes
☑ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☑ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes
☐ No
☐ Do not know

If yes, which claim(s)?

My right to a speedy trial, the Judge being unfair and bias.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes

☐ No

E. If you did file a grievance:

1. Where did you file the grievance?

   Office of Disciplinary counsel the supreme court of ohio. 65 East State Street Suite 1510 Columbus ohio 43215

2. What did you claim in your grievance?

3. What was the result, if any?

   They never responded back to me.

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. (Describe all efforts to appeal to the highest level of the grievance process.)

   I filled out the grievance form, sent it out, never got a response, not sure why.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☑ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

  1. Parties to the previous lawsuit
     Plaintiff(s) _____
     Defendant(s) _____

  2. Court *(if federal court, name the district; if state court, name the county and State)*
     _____

  3. Docket or index number
     _____

  4. Name of Judge assigned to your case
     _____

  5. Approximate date of filing lawsuit
     _____

  6. Is the case still pending?
     ☐ Yes
     ☐ No
     If no, give the approximate date of disposition. _____

  7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*
     _____

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☐ Yes
☑ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s) _____
   Defendant(s) _____

2. Court *(if federal court, name the district; if state court, name the county and State)*

   _____

3. Docket or index number

   _____

4. Name of Judge assigned to your case

   _____

5. Approximate date of filing lawsuit

   _____

6. Is the case still pending?
   ☐ Yes
   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   _____

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 06/06/2023

Signature of Plaintiff: DE'Andre E Paul Jr
Printed Name of Plaintiff: DE'Andre E Paul Jr
Prison Identification #: 0415592
Prison Address: 2460 Jackson Pike
Columbus, OH 43223

### B. For Attorneys

Date of signing: 

Signature of Attorney:
Printed Name of Attorney:
Bar Number:
Name of Law Firm:
Address:
Telephone Number:
E-mail Address:

De'Andre
Paul Jr.

IV. Statement of claim

B. If the events giving rise to your claim arose in an institution, describe where and when they arose.

My claim's arose and took place at 345 south high street, at Maryellen O'Shaughnessy court of common Pleas. It first took when I was out on bond from May 9, 2021 to February 12, 2023. I had my bond revoked Feb 9, 2023 and been locked up in an institution ever since Feb 12, 2023 in columbus ohio.

C. What date and approximate time did the events rise to your claims occur?

September of 2022 on the 2nd at 9am

D. I was forced into a jury trial may 15, 2023, I never agreed to it and when made known that my rights were violated the Judge decided to use threats to force me to go to trial when I told him I did not agree to it and that him and mr. Shroy were violating my rights but they still did not care forcing a trial. The witnesses are Judge carl Aveni, Prosecuting attorney Mr. Doersam, Deputy Hill, brandon Shroy, and the courts.

V. injuries

during all of this I was greeted with a threat by mr. Shroy who stated that if I didn't allow them to vidate my rights that he would hate to see me get hurt, ever since then I got a busted lip, messed up face, hands were messed up, when I saw the nurse and the doctor, they told me I'll be fine and that it was nothing they could do about my injuries.

## VI. Relief

I would like if the courts could help me out by taking the time to overlook the case, and to dismiss the case due to it being corrupt. I'd also like to request 20,000 for the loss of my car due to the Police Department, there were damages, repos and a loss of my main source of income this whole thing caused me a lot of stress, debt, and losses, followed by trauma. I would love it if this could be helpful to me by helping me go home for violations.

Page 1
D
E
number 2

## Grievance form Judge Carl Aveni

I come forth to state that Judge Carl Aveni has not been acting like a neutral party to the case lately its been him making threats on the record of him stating that he is not violating my rights to a speedy trial but I then told him that the speedy trial toll has been exceeded and he states that it hasn't and that he would force me into a trial and use a Pro-straint chair if I refuse to allow him to violate my rights. On April 17, 2023 I told him that I was firing my counsel due to him making threats to me and due to him making a statement stating "He was being paid by the Judge to take me into trial and to make him violate my wishes towards my case" Judge Carl Aveni has yelled at me when exercising my rights on the record and tried indicating that I was wrong on multible things. Every time I made valid points as to why my case should be dismissed once said he would cut me off in the middle of talking after getting permission to speak freely. I would also like to state that mail that I've sent to the clerks office has been tampered with, I sent mail out to the clerks office and it got a delay for submitment. I did send mail out and that it made it to the clerks office April 14, 2023 but made it April 17, 2023 and didn't get submitted until April 19, 2023. The Judge did know about it from Mr. Shroy and stopped it and claimed that me firing my lawyer was me trying to stall after he made it clear of trial starting but I kept saying I fired Mr. Shroy but Mr. Shroy didn't care and told the Judge to stop any type of filings that I may attempt. Its been said that Judge Carl Aveni tends to use force to get me to a trial

Knowing I never agreed to it. Judge Carl Aveni has a big temper when I file my paperwork that provides proof of the wrong doing thats going on and denies anything I say. Everytime I try to speak of anything Mr. Aveni gets a big temper and violates my first Amendment right to freedom of speech. There were times where ive let him know he was threatening me and once said he threw me in a holding cell at court and told me I better listen to him. He claims I do not show to court that he wants to use force, but I do infact show up to court. ~~that~~ I'm just not agreeing to any trials cause of a violation.

Page 7
E
number 2

## Grievance form Brandon E Shroy

March 13, 2023. Mr. Shroy and I had spoke for a brief moment, in regards to case 21-CR-1967, where he then got highly upset at me when trying to explain my case to him he then began yelling at me telling me not to tell him what to do on regards to my case, he said "Do no tell him what to do on regards to my case, to what the Fuck to do and that he's practiced law for quite some time" with that being said he also noted that he knew nothing about my case and that Judge carl Aveni was paying him to take me to a trial that I made clear I had no agreement to. I let Mr. Shroy know that my speedy trial rights have been violated and that the speedy trial toll has been exceeded for quite some time now and that I would like if if the courts could dismiss the case but on March 6, 2023 Mr. Shroy noted that the Judge will be trying to force me to trial knowing that I kept saying that the speedy trial toll has been exceeded. Friday 14, 2023. Mr. Shroy stated that if I do not comply that my speedy trial rights for other cases that are pending will be violated. April 17, 2023 Mr. Shroy stated that Judge carl Aveni is ordering deputies to use a Pro-straint chair to restrain me if I don't allow the courts to violate my rights by allowing them to take me to trial even when I stated that the speedy trial toll has been met. Mr. Shroy has made several threats that stated if I don't allow the courts and him to violate my rights that he would hate to see me get "hurt" behind it. with that being said I would like to fire Mr. Shroy from counsel due to his misconduct, his threats and for making decisions on his own behalf even after talking with him what I would prefer to be do regarding my case.

Office
100 E 5th Street
Cincinnati OH, 45202
Room 103 Clerk of courts

De'Andre Paul Jr # 715492
2460 Jackson Pike
Columbus, OH 43223

INMATE CORRESPONDENCE

Office of the Clerk
of courts 100 E 5th Street cincinnati, OH 45202
Room 103